# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ROBERT H. DOVE,

       *Plaintiff*,

vs.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

       *Defendant.*

Case No. 07-1311-EFM

## ORDER

The determination of Defendant, The Prudential Insurance Company of America, as Insurer and Plan Administrator, denying Plaintiff Robert Dove's claims for benefits, is VACATED, and the matter is remanded to the Plan Administrator for reconsideration consistent with the Order and Judgment of the United States Court of Appeals for the Tenth Circuit.

IT IS SO ORDERED.

Dated this 2nd day of March, 2010, in Wichita, Kansas.

/s Eric F. Melgren  
ERIC F. MELGREN  
UNITED STATES DISTRICT JUDGE